FILED
07 DEC -5 PM 3:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DIEGO RUBIO-GASTELUM, Defendant. | Criminal Case No. '07 CR 3283 WQH<br>I N D I C T M E N T<br>Title 18, U.S.C., Sec. 1956(h) - Conspiracy to Launder Monetary Instruments; Title 18, U.S.C., Sec. 982 - Criminal Forfeiture |

The grand jury charges:

<u>Count 1</u>

Conspiracy to Launder Monetary Instruments

[18 U.S.C. § 1956(h)]

Beginning on a date unknown, and continuing up to and including November 19, 2007, within the Southern District of California, and elsewhere, defendant DIEGO RUBIO-GASTELUM and others known and unknown to the Grand Jury, did unlawfully, intentionally and knowingly combine, conspire, confederate and agree to commit certain offenses under Title 18, United States Code, Sections 1956, as follows:

//

//

CPH:nlv:San Diego
12/5/07

a. knowing that the monetary instrument and funds involved in the transportation, transmission and transfer, to wit: $249,960.00, represented the proceeds of some form of unlawful activity, the defendant attempted to transport, transmit and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States knowing that such transportation was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity, and to avoid a transaction reporting requirement under federal law, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

FORFEITURE ALLEGATION

1. The allegations contained in Count 1 are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America.

2. Upon conviction of the offense alleged in Count 1, defendant DIEGO RUBIO-GASTELUM shall forfeit to the United States all property, real and personal, involved in said offense and all property traceable to such property, including but not limited to, the 1994 Nissan Quest, vin number 4ND2DN11W8RD824620, bearing California plate number 4XHH319, and $250,280.00 in United States currency; all in violation of Title 18, United States Code, Section 1956(h).

//

//

//

//

//

3. Upon conviction of the offense alleged in Count 1, defendant DIEGO RUBIO-GASTELUM, shall forfeit to the United States all property, real and personal, involved in said offense and all property traceable to such property, including but not limited to, the 1994 Nissan Quest, vin number 4ND2DN11W8RD824620, bearing California plate number 4XHH319, and $250,280.00 in United States currency; all in violation of Title 18, United States Code, Section 982(b).

DATED: December 5, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CAROLINE P. HAN
Assistant U.S. Attorney