JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California 92101-6128
Telephone: (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant RUBIO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DIEGO RUBIO-GASTELUM,<br>Defendant. | CASE NO. 07CR3283WQH<br>DATE: February 25, 2008<br>TIME: 2:00 p.m.<br>PROOF OF SERVICE |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
CHRISTOPHER TENORIO, ASSISTANT UNITED STATES ATTORNEY:

The defendant, Diego Rubio-Gastelum, by and through his counsel, Kerry Bader, has served the Court and the United States Attorney's Office on this date with Mr. Rubio's motions for dismissal, suppression discovery, request for leave to file further motions and motion for order shortening time on this date.

Dated: February 13, 2008

Respectfully submitted,

//JOAN KERRY BADER

JOAN KERRY BADER