JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California 92101-6128
Telephone: (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant RUBIO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIEGO RUBIO-GASTELUM,<br><br>Defendant. | CASE NO. 07CR3283WQH<br><br>DATE: February 25, 2008<br>TIME: 2:00 p.m.<br><br>MOTION FOR ORDER SHORTENING TIME |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
CHRISTOPHER TENORIO, ASSISTANT UNITED STATES ATTORNEY:

The defendant, Diego Rubio-Gastelum, by and through his counsel, Kerry Bader, respectfully asks this Court to file Mr. Rubio's motions for dismissal, suppression, discovery and request for leave to file further motions 12 days before the motion hearing date in this matter because counsel researched another issue that was added to this motion and thus supplemented the motion after the original filing date.

Dated: February 13, 2008

Respectfully submitted,

//JOAN KERRY BADER

JOAN KERRY BADER