JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California 92101-6128
Telephone: (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant RUBIO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIEGO RUBIO-GASTELUM,<br><br>Defendant. | CASE NO. 07CR3283WQH<br><br>DATE: February 25, 2008<br>TIME: 2:00 p.m.<br><br>PROOF OF SERVICE |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
CHRISTOPHER TENORIO, ASSISTANT UNITED STATES ATTORNEY:

The defendant, Diego Rubio-Gastelum, by and through his counsel, Kerry Bader, has served the Court and the United States Attorney's Office on this date with Mr. Rubio's supplemental motion in response to recently-provided discovery concerning the canine and its trainer.

Dated: February 22, 2008

Respectfully submitted,

//JOAN KERRY BADER

JOAN KERRY BADER