JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California 92101-6128
Telephone: (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant RUBIO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | CASE NO. 07CR3283WQH |
| | DATE: February 25, 2008<br>TIME: 2:00 p.m. |
| v. | |
| DIEGO RUBIO-GASTELUM, Defendant. | PROOF OF SERVICE |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
CHRISTOPHER TENORIO, ASSISTANT UNITED STATES ATTORNEY:

The defendant, Diego Rubio-Gastelum, by and through his counsel, Kerry Bader, has served the Court and the United States Attorney's Office on this date with Mr. Rubio's motion for order shortening time.

Dated: February 22, 2008

Respectfully submitted,

//JOAN KERRY BADER

JOAN KERRY BADER