NUNC PRO TUNC

FEB 22 2008

Original

FILED

2008 FEB 25 PM 2:10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY KNH DEPUTY

**JOAN KERRY BADER**
California State Bar Number 172586
964 Fifth Avenue, Suite 214
San Diego, California 92101-6128
Telephone: (619) 699-5995

Attorney for Defendant **RUBIO-GASTELUM**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**DIEGO RUBIO-GASTELUM,**<br>Defendant. | Case No. **07-3283WQH**<br>**DOCUMENTS IN SUPPORT OF DEFENSE MOTIONS** |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;

ASSISTANT UNITED STATES ATTORNEY, CHRISTOPHER TENORIO

The Defendant in this matter, Diego Rubio-Gastelum, by and through his attorney, Joan Kerry Bader, submits the attached documents in consideration of his motion to dismiss the Indictment and to suppress evidence and statements

DATED: February 23, 23008 Respectfully submitted,

Joan Kerry Bader
Attorney for Defendant Rubio

# DECLARACION

Yo, DIEGO RUBIO-GASTELUM, JURO A LO SIGUIENTE:

Yo fui arrestado por la Policia Fronteriza de los Estados Unidos en la Carretera Interestatal 8 Oeste del puesto de control del Border Patrol.

Los oficiales que me interrogaron me asustaron. Yo no queria hablar con ellos. Yo no me di cuenta que yo podia reusarme a hablar con ellos sin que me hicieran daño.

Mas no declaro.

DIEGO RUBIO-GASTELUM este 20 de Febrero del 2008.

DIEGO RUBIO
DIEGO RUBIO-GASTELUM

DATE: 2-14-08 TO: J. KERRY BADER - 619-544-4995

NUMBER OF PAGES: 1 FROM: CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

NUMBERING SEQUENCE: 39

NUMBER OF TAPES: ______ DATE BILLED FOR FIRST 250 PAGES: ______

TOTAL COST @ $.10/PAGE: ______

**MAKE CHECKS PAYABLE TO: U.S. DEPARTMENT OF JUSTICE**

**RECEIPT FOR DISCOVERY MATERIALS AND ACKNOWLEDGMENT OF CONDITIONS FOR RETENTION AND USE** (Rev. 11/7/06)

United States v. **RUBIO GASTELUM, 07CR3283-WQH**

I am the attorney of record for **defendant**. On behalf of my client, I have requested the opportunity to inspect, copy, and/or photograph all documents and objects described in Rule 16 of the Federal Rules of Criminal Procedure, including reports of examinations and tests (16(a)(1)(F)) and written summaries of any testimony that the Government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial (16(a)(1)(G)). I am accepting receipt of the documents and objects broadly described above in lieu of personally inspecting, copying, and/or photographing all documents and objects described in Rule 16 that are in the government's possession, custody, or control. My client reserves the right to inspect, copy, and/or photograph the originals of any of these documents and objects. **Note: The Government hereby informs you that these documents and objects are available for such purposes.**

I further acknowledge and agree to comply with the Government's request herein to inspect, copy, and/or photograph all documents and objects described in Rule 16, including reports of examinations and tests (16(b)(1)(B)) and written summaries of any testimony that my client intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial (16(b)(1)(C)). To the extent I or my client has obtained, or does obtain, possession, custody, or control of any such documents and objects, I will notify the Government immediately and make them available for inspection, copying, and/or photographing.

**Note: The Government hereby requests notice of any intention of your client to rely on an entrapment defense, or a defense involving mental condition or duress.**

To the extent the documents and objects broadly described above include witness statements, as defined in Rule 26.2, that the Government is providing to my client prior to the witness's testimony, I acknowledge and agree that the Government is doing so on the condition that my client reciprocate and provide to the Government immediately any such statements as they become available.

To the extent the documents and objects broadly described above include grand jury transcripts and/or marked grand jury exhibits, I acknowledge that these grand jury materials are being produced pursuant to Court Order and that I am accepting them under the conditions established in the Court Order.

DATE: ______________ ______________
ATTORNEY FOR

Person Contacted: voice mail
Date: 2-14-08 Time: 2:06
Secretary's Initials: hc

**FEDERAL DEFENDERS ONLY:**

I acknowledge receipt of ______ pages of discovery and agree to pay the sum of $ ______ for copying charges when billed by the U.S. Attorney's Office.

PO Box 68
Campo, CA 91906

U.S. Customs and
Border Protection

July 11, 2007

On July 9 through July 11, 2007 BPA Cody Sadberry and Canine Kelly (NCF 030414) participated in the United States Border Patrol Detection Dog Certification. This certification was comprised of fourteen searches in a variety of environments and distractions. The team of BPA Sadberry and Canine Kelly successfully completed this certification with the following scores:

| | |
|---|---|
| Search Score | 2.78 |
| Indication Score | 2.73 |
| Handler Score | 3.14 |
| **TOTAL CERTIFICATION SCORE** | **2.94 = AVERAGE** |

The team of BPA Sadberry and Canine Kelly are certified in the detection of concealed humans and the odors of Cocaine and its derivatives, Marijuana and its derivatives, Heroin and its derivatives, and Methamphetamine and its derivatives.

Alberto Sandoval
Assistant Chief Patrol Agent

Randal J. Waasdorp
Certifying Instructor