UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. 07CR3283WQH |
| Plaintiff, ) | |
| v.  ) | ORDER AUTHORIZING |
|  ) | INSPECTION OF THE |
| DIEGO RUBIO-GASTELUM, ) | SEIZED CURRENCY IN |
|  ) | THIS CASE ITS ENTIRETY BY |
| Defendant. ) | BOTH PARTIES |

Good cause appearing, it is hereby ordered that the parties inspect the entire amount of the seized currency in this case prior to March 17, 2008.

Dated: 2/27/08

The Hon. William Q. Hayes

07cr3283WGH