UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 FEB 27 PM 3:26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07CR3283WQH |
| Plaintiff, | |
| v. | ORDER AUTHORIZING INSPECTION OF THE SEIZED VEHICLE IN THIS CASE BY BOTH PARTIES |
| DIEGO RUBIO-GASTELUM, | |
| Defendant. | |

Good cause appearing, it is hereby ordered that the parties inspect the seized vehicle in this case prior to March 10, 2008.

Dated: 2/27/08

The Hon. William Q. Hayes

07cr3283WGH