# SENTENCING SUMMARY CHART

USPO ___
AUSA _x_
DEF ___

Sentencing Date: May 8, 2008

Defendant's Name: Diego Rubio-Gastelum — Docket No. 07CR3283-WQH

Attorney's Name: Christopher P. Tenorio — Phone No.: (619) 557-7843

Guideline Manual Used: November 1, 2007 — Agree with USPO Calc.: N/A

Base offense Levels: (Drug Quantity if Applicable:) USSG § 2B1.1(a) — 6

Specific Offense Characteristics:

_______________________________ ____

_______________________________ ____

Victim Related Adjustment: ____

Adjustment for Role in the Offense: ____

Adjustment for Obstruction of Justice: ____

Adjustment for Reckless Endangerment During Flight: ____

Adjusted Offense Level: ____
___ Combined (Mult. Counts) ___ Career Off. ___ Armed Career Crim.

Adjustment for Acceptance of Responsibility: [___ Government Motion - USSG § 3E1.1(b)] — -2

Total Offense Level: 4

Criminal History Score: 0

Criminal History Category: I
___ Career Offender ___ Armed Career Criminal

Guideline Range: from 0 mths
(Range limited by: ____ minimum mand. ___ statutory maximum
to 6 mths

Departures:

_______________________________ ____

_______________________________ ____

_______________________________ ____

Resulting Guideline Range: Adjusted Offense Level ____________ from ____ mths
to ____ mths

**RECOMMENDATION**: 6 months custody; 2 years supervised release; No Fine

_______________________________