FILED
MAY 06 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DIEGO RUBIO-GASTELUM,<br>Defendant. | Criminal Case No. 07CR3283-WQH<br>S U P E R S E D I N G<br>I N F O R M A T I O N<br>Title 18, U.S.C., Sec. 1001 - False Statement |

The United States Attorney charges:

On or about November 19, 2007, within the Southern District of California, defendant DIEGO RUBIO-GASTELUM, in a matter within the jurisdiction of the Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make a false, fictitious and fraudulent statement and representation as to material facts; in violation of Title 18, United States Code, Section 1001.

DATED: 5/6/08.

KAREN P. HEWITT
United States Attorney

CHRISTOPHER P. TENORIO
Assistant U.S. Attorney