# *UNITED STATES DISTRICT COURT*

FILED
MAY 06 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

DIEGO RUBIO-GASTELUM

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3283-WQH

I, Diego Rubio-Gastelum, the above named defendant, who is accused of a violation of knowingly making a false statement to a federal officer of a material matter, in violation of Title 18, United States Code, Section 1001, being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on 5-5-2008, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

DIEGO RUBIO
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer